UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

IN THE MATTER OF:          )
                           )   CAUSE NO. 2:10MC161-PPS
CURTIS E. SHIRLEY          )

## ORDER IMPOSING DISCIPLINARY ACTION

By order dated August 18, 2010, attorney Curtis E. Shirley was directed to show cause why this court should not impose discipline identical to that imposed by the Indiana Supreme Court in Case No. 49S00-0712-DI-581, in which Shirley was suspended from the state bar for thirty days.  Shirley has not responded to the order.

ACCORDINGLY, Curtis E. Shirley is hereby suspended from the practice of law before the United States District Court for the Northern District of Indiana for a period of thirty (30) days, beginning September 17, 2010.  Pursuant to Local Rule 83.6(h)(1) & (3), in view of the automatic reinstatement ordered by the Indiana Supreme Court, Shirley will be reinstated to the bar of this Court at the end of the period of suspension upon his filing of an affidavit of his compliance with the provisions of the Indiana Supreme Court's order of suspension, along with the payment of the fee required by the Clerk of Court.

SO ORDERED.

ENTERED:   October 7, 2010

_____/s/ Philip P. Simon_____
Chief Judge, United States District Court
Northern District of Indiana